# Index of Exhibits

*United States v. Reynel Ivan Merlo-Espinal*

CR21-1720-TUC-CKJ (DTF)

Ex A: Declaration of Professor Kelly Lytle Hernandez

Ex B: Immigration Committee Report, "The Eugenical Aspects of Deportation" (February 21, 1926)

Ex C: Congressional Record - House 3614 (February 16, 1929)

Ex D: Congressional Record - House 5887 (April 8, 1924)

Ex E: Congressional Record - House 2818 (February 9, 1928)

Ex F: Congressional Record - House 2462 (February 3, 1928)

Ex G: Immigration Committee Report (January 12, 1926)

Ex H: Senate Report No. 1456, "Making it a Felony with Penalty for Certain Aliens to Enter the United States under Certain Condition in Violation of Law" (January 17, 1929)

Ex I: Congressional Record - Senate 5094 (January 23, 1929)

Ex J: House Report No. 2397, "Deportation of Aliens" (February 6, 1929)

Ex K: Congressional Record - House 3525 (February 15, 1929)

Ex L: 70th Cong., Sess. II, Chap. 690 (March 4, 1929)

Ex M: Curriculum Vitae of Professor Kelly Lytle Hernández

Ex N: Curriculum Vitae of Professor Benjamin Gonzalez O'Brien

Ex. O: Declaration of Professor Benjamin Gonzalez O'Brien